UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ROBERT WEEKES, Individually, and On
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

DHC SUPPLY, LLC,

                Defendant.

------------------------------------x

Case No. 1:21-cv-10790-JLR

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  November 16, 2022        **MIZRAHI KROUB LLP**

                                                               *[signature]*

                                              EDWARD Y. KROUB
                                              JARRETT S. CHARO
                                              WILLIAM J. DOWNES
                                              200 Vesey Street, 24th Floor
                                              New York, NY  10281
                                              Telephone:  212/595-6200
                                              212/595-9700 (fax)
                                              ekroub@mizrahikroub.com
                                              jcharo@mizrahikroub.com
                                              wdownes@mizrahikroub.com

                                              *Attorneys for Plaintiff*

| | |
|---|---|
| DATED: November 17, 2022 | **DENTONS US LLP (NY)** |
| | *[signature]* |
| | Karla Del Pozo García<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212-768-5328<br>Email: karla.delpozogarcia@dentons.com |
| | *Attorney for Defendant* |

This case is dismissed, without costs, disbursements, or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 18, 2022
New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON
United States District Judge

2